IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN T. TATUM, | No. C 11-2441 LHK (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| FRANCISCO JACQUEZ, et al., | |
| Defendants. | |

    This action has been dismissed without prejudice.  A judgment of dismissal without prejudice is entered in favor of Defendants.  Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED.**

DATED: 6/30/11

LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\CR.11\Tatum441jud.wpd